IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HALISHA SCARBROUGH, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> CUMBERLAND ELECTRIC ) <br> MEMBERSHIP CORP., ) <br> ) <br> *Defendant.* ) | CASE NO. 3:23-cv-00450 <br><br> DISTRICT JUDGE TRAUGER <br><br> JURY DEMAND |

## BUSINESS ENTITY DISCLOSURE

**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, **Cumberland Electric Membership Corp.** makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

\_\_\_ This party is an individual, who resides in _____.

\_\_\_ This party is a publicly held corporation or other publicly held entity, incorporated in _____ y and with a principal place of business at _____.

_X_ This party is a privately held corporation, incorporated in Tennessee and with a principal place of business in Tennessee located at 1940 Madison St., Clarksville, TN 37043-6521.

\_\_\_ This party has parent corporations

If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

___ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

___ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

___ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

___ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

___ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: July 14, 2023    Signature: /s/ H. Rowan Leathers III

                                  Printed Name: H. Rowan Leathers III

                                  Title: Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Business Entity Disclosure is filed with the Court through the Court's ECF system on July 14, 2023 service upon the following:

Anne Bennett Hunter
HUNTER LAW FIRM PLLC
101 Creekside Xing, Suite 1700-307
Brentwood, TN 37027
Telephone: (615) 592-2977
Facsimile: (615) 628-0906
Anne@hunterlawfirm.com

*Attorney for Plaintiff*

                                              /s/ H. Rowan Leathers III
                                              H. ROWAN LEATHERS III

80860844.v1